"Exhibit A"

Filing # 112668891 E-Filed 08/31/2020 07:24:01 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CARLOS SANCHEZ,                           CASE NO.: 2020-018634 CA 01 (04)

     Plaintiff,

vs.

THE HOME DEPOT U.S.A., INC.,

     Defendant.

_____/

## COMPLAINT

Plaintiff, CARLOS SANCHEZ, by and through the undersigned counsel and sues the Defendant, THE HOME DEPOT U.S.A., INC., and in support thereof alleges as follows:

## GENERAL ALLEGATIONS

1.      This is an action for damages greater than THIRTY THOUSAND AND ONE DOLLARS ($30,001.00), exclusive of interest, attorney's fees and costs, and is otherwise within the jurisdictional limits of this Court.

2.      All of the acts and/or omissions complained of herein occurred in Miami-Dade County, Florida. Thus, venue is proper.

3.      At all times material and relevant hereto, Plaintiff, CARLOS SANCHEZ, was a resident of Miami-Dade county

4.      At all times material and relevant hereto Defendant, THE HOME DEPOT U.S.A., INC., has been and is duly authorized to conduct business in the State of Florida.

5.      Upon information and belief and at all times material and relevant hereto Defendant, THE HOME DEPOT U.S.A., INC., has carried on business or business ventures in

the state of Florida, specifically by operating THE HOME DEPOT store located at 3030 SW 8th Street, Miami, Florida 33135, and thus availed itself to the jurisdiction of this Court pursuant to Fla. Stat. §48.193.

6.      At all times material and relevant hereto Defendant, THE HOME DEPOT U.SA., INC., owned, operated, controlled, managed, maintained, and/or was legally responsible for the subject premises located at 3030 SW 8th Street, Miami, Florida 33135.

7.      At all times material hereto Plaintiff, CARLOS SANCHEZ, was a lawful business invitee at the subject premises.

8.      On February 22, 2018, Plaintiff, CARLOS SANCHEZ, while walking within one of the aisles of subject premises, tripped and fell due to a forklift that had been improperly placed within the customer walking area, resulting in severe and permanent personal injuries and substantial medical expenses.

9.      The improperly placed forklift was an unreasonably dangerous condition that existed for a sufficient length of time that the Defendant knew and/or should have known of it.

**COUNT I**
**NEGLIGENCE /PREMISES LIABILITY CLAIM AGAINST DEFENDANT, THE HOME DEPOT U.S.A, INC.,**

Plaintiff, CARLOS SANCHEZ, hereby reaffirms and re-alleges each and every allegation contained in the General Allegations, as is fully set forth herein and further alleges as follows:

10.      THE HOME DEPOT U.SA., INC., had a duty to maintain its premises in a reasonably safe and proper condition so as to prevent injury to its invitees, such as Plaintiff, CARLOS SANCHEZ.

11.      Defendant, THE HOME DEPOT U.S.A., IN., by and through their servants, agents and/or employees acting within the course and scope of their employment, was negligent

- 2 -

and breached its duty of care to the Plaintiff by committing the following acts and/or omissions, including but not limited to:

   a. Failing to maintain the subject premises in a reasonably safe condition;

   b. Creating an unsafe and unreasonably dangerous condition;

   c. Creating an unsafe and unreasonably dangerous environment within the premises;

   d. Failing to adequately mark, and/or identify dangerous or hazardous conditions, which it knew or should have known existed in the exercise of reasonable care;

   e. Failing to repair and/or remedy a dangerous condition;

   f. Failing to remedy a dangerous condition, which was known by the Defendant and/or should have been known by the exercise of reasonable care;

   g. Failing to inspect the premises;

   h. Failing to warn of the hazardous condition;

   i. Failing to adopt policies, protocols, and procedures to prevent and/or remedy the dangerous condition;

   j. Other negligent actions and/or omissions to be determined through discovery.

   12. Further, at all times material hereto, the Defendant, neglected its duty of care as described herein.

   13. That as a direct, proximate, and reasonably foreseeable result of the negligence of the Defendant, THE HOME DEPOT U.SA., INC., the Plaintiff, CARLOS SANCHEZ, was caused to trip and fall to the ground and suffer severe and permanent bodily injuries, resulting in past and future pain and suffering therefrom, disfigurement, scarring, permanent disability, lost

- 3 -

ability to lead a normal life, inconvenience, mental anguish, aggravation of pre-existing physical condition and injuries, expenses of surgery and hospitalization, medical and nursing care, physical therapy, prescriptions and treatment, future medical expenses and treatment, and loss of capacity for the enjoyment of life in the past and future. These damages and losses are permanent and continuing in nature, and the Plaintiff will continue to suffer these losses in the future.

**WHEREFORE**, the Plaintiff, CARLOS SANCHEZ, by and through the undersigned counsel, hereby demands judgment against the Defendant, THE HOME DEPOT U.S.A., INC., in excess of THIRTY THOUSAND AND ONE DOLLARS ($30,001.00), costs and interest allowable by law, and hereby demands a trial by jury of all issues so triable as a matter of right by a jury.

Dated this 31ˢᵗ day of August, 2020.

> **STABINSKI & FUNT, P.A.**
> *Attorneys for Plaintiffs*
> 757 NW 27th Avenue
> Third Floor
> Miami, Florida 33125
> Telephone:    (305) 643-3100
> Facsimile:    (305) 643-1382
> lcuervo@stabinskilaw.com
>
> /s/ Leidy N. Cuervo
> _____
> Todd Stabinski, BCS
> Florida Bar No.: 105988
> Leidy N. Cuervo, Esq.
> Florida Bar No.: 1008082

## NOTICE OF DESIGNATION OF E-MAIL ADDRESSES

The undersigned, in accordance with Florida Rules of Judicial Administration 2.516,

- 4 -

- 5 -

hereby designates the following as their e-mail addresses:

Primary:          lcuervo@stabinskilaw.com
                  ts@stabinskilaw.com

Secondary:        service@stabinskilaw.com

/s/ Leidy N. Cuervo

Leidy N. Cuervo, Esq.
Florida Bar No.: 1008082

- 5 -